THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 07-CR-00144-CG-B |
| | * |
| GUERRIN SAINTIL, a/k/a Ernest Maxino, | |
| a/k/a Black | * |
| | * |

## ORDER

This matter is before the Court on the Government's motion for final judgment of forfeiture. (Doc.82). For the reasons set forth therein, the motion is **granted**. Judgment shall be entered accordingly by separate order.

**DONE and ORDERED** this 20th day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE