THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 07-CR-00144-CG-B |
| | * | |
| GUERRIN SAINTIL, a/k/a Ernest Maxino, | * | |
| a/k/a Black | * | |
| | * | |

## FINAL JUDGMENT OF FORFEITURE

WHEREAS pursuant to Title 21, United States Code Sections 846 and 853 and by virtue of the defendant's guilty plea and consent to forfeiture, and the Court's Judgment, all right, title and interest of defendant Saintil in the below-described assets is forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n).

WHEREAS pursuant to Title 21, United States Code, Section 853(n)(1) the United States caused to be published in the *Press-Register* notice of this forfeiture and of the intent of the United States to dispose of the below-described property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their interest in the items; and,

WHEREAS no other third-parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2).

WHEREAS the United States having met all statutory requirements for the forfeiture of the below-described property it is authorized to, and it should, reduce said properties to its possession.

NOW, THEREFORE, the Court having considered the matter and been fully advised in

the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Section 853, the following is forfeited to the United States of America:

**Cash in the approximate amount of $52, 155.00; and,**

**One Nissan Maxima SE vehicle, VIN JN1DA31A52T304212; and,**

**One Chevrolet Malibu vehicle, VIN 1G1AW35H1DR248514; and,**

**One Glock, .40 caliber pistol, model 23, serial no. KKC012.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the above-described items are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and,

**IT IS FURTHER ORDERED** that the United States Marshals Service take the above-described property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that the United States of America shall have clear title to the property that is the subject of this Judgment and may warrant good title to any subsequent purchaser or transferee.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Judgment; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five (5) certified copies of this Order to Assistant United States Attorney Alex F. Lankford, IV.

DONE this 20th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE