**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GUERRIN SAINTIL,** | : |
| Petitioner, | : |
| | : CRIMINAL NO. 07-00144-CG-B |
| | : CIVIL ACTION NO.10-00006-CG |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 28, 2010 is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 5th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE