# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GUERRIN SAINTIL, | : |
| Petitioner, | : |
| | : CRIMINAL NO. 07-00144-CG-B |
| | : CIVIL ACTION NO.10-00006-CG |
| UNITED STATES OF AMERICA, | |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentencing by a Person in Federal Custody (Doc. 88) is hereby **DENIED**. The court further finds that the petitioner is not entitled to issuance of a certificate of appealability.

**DONE and ORDERED** this 5th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE