AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>GUERRIN SAINTIL | )<br>)<br>)<br>) Case No: 07-00144-001<br>) USM No: 09790-003 |
| Date of Original Judgment: January 7, 2008<br>Date of Previous Amended Judgment: January 13, 2012<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The court has already reduced the defendant's sentence based on the Fair Sentencing Act of 2010, and he is not entitled to a further reduction based on the arguments presented in his motion.

Except as otherwise provided, all provisions of the judgment dated   January 13, 2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 29, 2013                               /s/  Callie V. S. Granade
                                                                          *Judge's signature*

Effective Date: _____                                United States District Judge
*(if different from order date)*                              *Printed name and title*